PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Li, Jason**                                    Docket No. **16-6041M-001**

### Petition for Action on Conditions of Pretrial Release

      COMES NOW MERTICE EVANS PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Li, Jason** who was placed under pretrial release supervision by the **HONORABLE Steven C. Mannion** sitting in the Court at Newark, New Jersey, on **April 5, 2016**, under the following conditions:

1) $50,000 unsecured appearance bond;
2) Pretrial Services supervision;
3) Surrender all passports and travel documents to Pretrial Services. Do not apply for new travel documents;
4) Travel restricted to the continental of the United States.

      Respectfully presenting petition for action of Court and for cause as follows:

### [SEE ATTACHED ADDENDUM]

PRAYING THAT THE COURT WILL ORDER **THAT BAIL BE MODIFIED TO INCLUDE MENTAL HEALTH TESTING AND TREATMENT.**

| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Considered and ordered this 29th day of September, 2016 and ordered filed and made a part of the records in the above case. | Executed on 9-27-2016 |
| _____<br>Honorable Steven C. Mannion<br>U.S. Magistrate Judge | s/ MERTICE EVANS<br>Mertice Evans<br>U.S. Pretrial Services Officer |