# KEVIN KERVENG TUNG, P.C.

Attorneys and Counselors at Laws

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

March 16, 2017

**VIA FIRST CLASS MAIL AND ECF**

Hon. Madeline Cox Arleo
United States District Judge for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   U.S. v. Jason Li, a/k/a "Jason Liu," "Li Liu," and "Fen Li"
      Index No. 16-6041 (SCM), United States District Court, District of New Jersey

Dear Judge Arleo:

The above referenced case is continued through April 4, 2017 according to the Continuance Order dated January 30, 2017. The defendant, Mr. Li, has entered a plea agreement with the Government on January 19, 2017 and appeared for the Rule 11 hearing before the Court on March 13, 2017.

We are writing to request a permission for Mr. Li to travel to China to visit his father in Chengdu from March 29, 2017 and to return to New York City on May 7, 2017. This visit is very critical to Mr. Li since his father, Mr. Peisheng Liu, is under a serious illness condition which may further deteriorate and occur with life-threatening complications. Enclosed please find the documents we filed on October 13, 2016 (document #17) including the Notice from the hospital, and Mr. Li's birth certificate for your reference.

We have conveyed the same to the Government via e-mail and attorney letter on March 16, 2017 and the Government stated that it will not object to this request. We further propose the modifications to the conditions of release listed in the Order Modifying Conditions of Release filed on September 29, 2016 ("Order", document #15) as follows:

1. The Order be and is hereby modified to permit Mr. Li to travel to China to visit his family from March 29, 2017 and to return to New York City on May 7, 2017.

2. Pretrial Services Supervision shall be suspended during the period above and shall be resumed at the time when Mr. Li returns to New York City.

3. Pretrial Services is directed to release Mr. Li's passport and related travel documents for the purpose of this trip. Said passport and related travel documents are to be re-surrendered to Pretrial Services within thirty-six (36) hours of Mr. Li's return to New York City.

4. The provision of the $50,000 unsecured appearance bond in the aforesaid Order remains in effect.

Mr. Li has been very cooperative during this action and thus we are certain that Mr. Li will be back to proceed with the sentencing procedure after the time granted. In the meantime, we will keep cooperating with the Government as well as the Court concerning this action.

Thank you in advance for your consideration.

Very truly yours,

Kevin K. Tung

C.C.:
Dennis C. Carletta
Assistant U.S. Attorney
National Security Unit
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102