# KEVIN KERVENG TUNG, P.C.
Attorneys and Counselors at Laws

Writer's direct email:
Kevin K. Tung, Esq.
ktung@kktlawfirm.com
Admitted in NY and NJ

Queens Crossing Business Center
136-20 38th Avenue, Suite 3D
Flushing, New York 11354
Tel: (718) 939-4633
Fax: (718) 939-4468

www.kktlawfirm.com

October 13, 2016

**VIA FIRST CLASS MAIL**

Hon. Steven C. Mannion
United States Magistrate Judge for the District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608
Chambers - 973-645-3827

Re: U.S. v. Jason Li, a/k/a "Jason Liu," "Li Liu," and "Fen Li"
Index No. 16-6041 (SCM), United States District Court, District of New Jersey

Dear Judge Mannion:

The above referenced case is continued through December 3, 2016 according to the Continuance Order dated September 30, 2016.

The defendant, Mr. Jason Li, has received calls from his family in China that his father, Mr. Peisheng Liu, is under critical illness condition since October 11, 2016, which may further deteriorate, and one or more of the life-threatening complications may occur anytime. We have enclosed the Notice of Critical Illness from Chengdu City Traditional Chinese Medicine & Western Medicine Hospital--Chengdu City No.1 People's Hospital, together with Mr. Li's birth certificate showing his relationship with Mr. Peisheng Liu for your reference.

We hereby request the Court to grant Mr. Li a period of four to six weeks to go back to China and to take care of his father. Not only has Mr. Li been cooperating with the Government, complying with every conditions set in the pretrial release supervision, he is also deeply rooted in his community here in the U.S., where he supports his family for many years. Moreover, since the current action is still ongoing, so is the plea negotiation between the Government and Mr. Li,

and Mr. Li has been very cooperative, we are certain that Mr. Li will be back for his trial to defend his innocence after the time granted or to take the plea. Mr. Li runs a low level of risk to flee the U.S. because he is a U.S. citizen.

In addition, we have conveyed the same to the Government previously via e-mail. In the meantime, we will keep cooperating with the Government as well as the Court and will notify the Court timely once we come up with a resolution for the above referenced case.

Thank you in advance for your consideration.

Very truly yours,

Kevin K. Tung

C.C.:
Dennis C. Carletta
Assistant U.S. Attorney
National Security Unit
United States Attorney's Office
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

**J&R Language Services, Inc.**
136-40 39th Ave, Suite 507, Flushing, NY 11354
Tel: 718-445-1888/Fax: 718-445-8188

[Translation]

## Chengdu City Traditional Chinese Medicine & Western Medicine Hospital
## Chengdu City No. 1 People's Hospital
## Notice of Critical Illness

Name: ▓▓▓▓   Gender: ▓▓   Age: ▓   Hospitalization No. ▓▓▓▓   Registration No. ▓▓▓▓
Department: Respiratory Medicine 1            Bed No. ▓▓            Citizen No. Unknown

Respectful Patient's Families, Patient's Legal Guardian or Authorized Entrusted Agent:

Patient is still under critical illness condition under the active treatment of medical staff, and the illness condition may further deteriorate, one or more of the following life-threatening complications may occur anytime:

1. Encephalopathy, severe arrhythmia, heart failure, myocardial infarction, hypertensive crisis;
2. Upper gastrointestinal bleeding leading to hemorrhagic shock, cerebral hemorrhage, cerebral infarction, hernia;
3. Infection of toxic shock, anaphylactic shock, cardiogenic shock;
4. Diffuse intravascular coagulation (DIC);
5. Multiple organ failure;
6. Diabetic ketosis, acidosis, hypoglycemic coma, hyperosmolar coma;
7. Others.

In the event of above condition happen to the patient's life, health care workers will fully rescue the patient, including tracheotomy, ventilator-assisted breathing, defibrillation, cardiac massage, installation of temporary pacemaker and other measures.

According to China's law, in order to rescue the patient, the doctor can rescue patients without your consent under the rescue measure's requirement, and use necessary emergency equipment and treatment, and then fulfill the obligation to inform. Please understand and actively cooperate with the hospital's rescue treatment. If you have other questions and requirements, please seek medical advice from doctor after receiving this notice. Please leave your accurate contact information, so that health care workers can communicate with you at any time.

In addition, limited to the current medical, science and technology conditions, although our hospital medical staff has done everything possible to treat patients, still possibility of unfortunate death may occur due to the disease. Hope patient's families understand.

Signature of Consultation Physician or Authorized Medical Staff: [Illegible]
Time of Signature: 10/11/2016 @23:00

Patient/Legal Guardian/ Entrusted Agent: [Illegible]
Relationship to Patient: Daughter
Time of Signature: 10/11/2016 @23:00

*Certified Translation*
*Official Seal*

Page 1

# J&R LANGUAGE SERVICES, INC.

PROFESSIONAL LANGUAGE SERVICES

13640 39TH Ave #507 Flushing, NY 11354    Phone: (718)445-1888    E-mail: jrlanguage2011@gmail.com

CERTIFICATE TRANSLATION FROM CHINESE TO ENGLISH, AND VICE VERSA

## CERTIFICATE OF ACCURACY

STATE OF NEW YORK )
                        ) S.S
COUNTY OF QUEENS )

On this day personally appeared before me <u>Jiayue Guo</u> who, after being duly sworn, depose and says:

That he/she is a certified translator of the English and Chinese languages by profession and as such is connected with *J&R Language Services, Inc.*

That he/she is thoroughly conversant with these languages.

That he/she has carefully made the attached translation from the original document written in the Traditional Chinese language on the official paper of the *J&R Language Services, Inc.* While respecting the original content faithfully, and that the translation is true and accurate to the best of his/her knowledge, ability and belief.

This is to certify that this is a complete, true and correct translation of <u>the Notice of Critical Illness.</u>

Signature of the Translator: _____ Date: 10/12/2016

RUNYU HU
NOTARY PUBLIC - STATE OF NEW YORK
NO. 01HU6320075
QUALIFIED IN QUEENS COUNTY
CERTIFICATE FILED IN NEW YORK COUNTY
COMMISSION EXPIRES MARCH 02, 2019

10/12/2016

# 公 证 书

中华人民共和国四川国力公证处

# 公 证 书

（2005）川国公证涉字第 3350 号

兹证明████，██，于████年██月██日在████出生。████的父亲是████，████的母亲是████。

中华人民共和国四川国力公证处

公 证 员 ████



二〇〇五年十██月██八日

XW22191327

# NOTARIAL CERTIFICATE

## (Translation)

(2005) C. G. N. S. file No.3350

This is to certify that ▓▓▓, ▓▓▓, was born in ▓▓▓ on ▓▓▓. His father's name is ▓▓▓ and his mother's name is ▓▓▓.

Notary: Zhang Tianyou (Signature)

Guo Li Notary Public Office,

Sichuan,

The People's Republic of China (Seal)

November 18, 2005

X IV 2219133 1

# 公 证 书

（2005）川国公证涉字第 3351 号

兹证明前面的（2005）川国公证涉字第 3350 号公证书的英文译本内容与该公证书中文原本内容相符。

中华人民共和国四川国力公证处

公 证 员 

二〇〇五年十一月十八日

XW 22191335

# NOTARIAL CERTIFICATE

## (Translation)

(2005) C. G. N. S. file No.3351

This is to certify that the English translation attached hereto is in conformity with the Chinese original copy of the Notarial Certificate (2005) C. G. N. S. file No.3350.

Notary: Zhang Tianyou (Signature)

Guo Li Notary Public Office,

Sichuan,

The People's Republic of China (Seal)

November 18, 2005

U.S. Department of Homeland Security
U.S. Citizenship and Immigration Services

**Petition for Name Change**

~~U.S. District Court~~
~~Eastern District of New York~~

(NAME OF COURT)

As part of the naturalization process, you have the opportunity to legally change your name. Please complete lines 1 - 8 (Type or print clearly).

My full and correct name (current name):

1. _____  _____  _____
   (FIRST)                    (MIDDLE)                   (LAST)

2. Address: _____  _____  _____
            (Number/Street)    (City/State)               (Zip Code)

3. Country of Nationality: China, People's Republic Of        4. Date of Birth: _____
                                                                                (Month) (Day) (Complete Year)

5. Alien Registration Card (Green Card) Number: _____

6. I certify that I am not seeking a change of name for any unlawful purpose such as the avoidance of debt or evasion of law enforcement.

7. I petition the court to change my name to:

   _____JASON_____  _____  _____LI_____
   (FIRST)              (MIDDLE)                    (LAST)

8. Date: __7/30/2010__                               _____
                                                     Signature of Petitioner, (current name)

---

CERTIFICATION OF NAME CHANGE

I CERTIFY THAT THE ABOVE PETITION WAS GRANTED BY THE COURT ON  **AUG 2 0 2010**
                                                               (Date)

ROBERT C. HEINEMANN
(Jerry)
(Deputy Clerk)

**IMPORTANT INFORMATION**

Your copy of this petition, along with your Certificate of Naturalization, which you will receive upon taking the oath of allegiance, will verify that you elected to change your name. Your Certificate of Naturalization bears your new name as changed per Order of the Court.

Form N-XXX (11/1/98)